UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62287-RAR

**ALFORD RAMLOCHAN**,

    Plaintiff,

v.

**MRS BPO, LLC**,

    Defendant.
_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00(c) of the United States District Court for the Southern District of Florida because of related Case Number **21-CV-61065-RKA**, and subject to the consent of the Honorable Judge Roy Altman, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is transferred to the calendar of Judge Roy Altman for all further proceedings.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of November, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

After reviewing the file in the above-styled case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **21-CV-62287-RKA**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of November 2021.

_____
**ROY ALTMAN**
**UNITED STATES DISTRICT JUDGE**